**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| BLAKE MURRAY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>VINCENT WONG, an individual, and SCOTT OLIVER, an individual.<br><br>Defendants. | **COMPLAINT**<br><br>Case No.: |















.

















DATED: November 26, 2025.

FOLEY & LARDNER LLP

*/s/ Stephanie Adamo*

Stephanie Adamo
sadamo@foley.com
FOLEY & LARDNER LLP
1144 15th Street, Suite 2200
Denver, CO 80202
Telephone: (720) 437-2000
Facsimile: (720) 437-2200

Tanner B. Camp (Utah #17805)
(*admission forthcoming*)
tcamp@foley.com
Charlie D. Morris (Utah #18058)
(*admission forthcoming*)
charlie.morris@foley.com
FOLEY & LARDNER LLP
95 S. State Street, Suite 2500
Salt Lake City, UT 84111
Telephone: (801) 401-8900
Fax: (385) 799-7576

*Attorneys for Plaintiff Blake Murray*